15B41 BSC      NO FEE/NO IFP

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT PENNSYLVANIA

Randall E. Hackett

v.

Allegheny County Jail, Orlando Harper, Deputy Superintendent Zetwell, Major Smith, Capt. Brian Josepha, Capt. Walker, Sgt. Sarver, Charley Gross, C.O. Bessilemen, C.O. Kelly, C.O. Pania, C.O. Caldwell, Sgt. Lodrick, Sgt. Hall, C.O. Sootho, C.O. Mike Demis, Sgt. Landin, Allegheny County Police Internal Affairs Depart, Office Of The District Attorney, Steve Zappla

**FILED**
JAN 08 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Docket No 20-27

## Complaint

### Introduction:

Plaintiff Randall E. Hackett states the Allegheny County Jail, and Allegheny County Police Internal Affairs Dept. and Office Of The District Attorney has conspired together to retaliate, Cover up, oppress, Conceal and frustrate Plaintiffs 1st Amendment right of Access to the Court and 6th Amendment Right to a fair trial by intentionally losing or distroying "all" of Plaintiffs legal/property/work (medical Records, Crime Scene Pictures, Post sentencing motions, Dispatch Records, G.P.S. Documents, Motions, Civil Suits, Complaints, Habeas Corpus, Discovery, Criminal Complaint, Affidavit, and other documents that shows his innocences) Appeals and the like) To stop Plaintiff from proving his innocence and Getting out of Jail and pursuing other legal issues and matters. Plaintiff states that his 5th and 14th Amendment rights was violated when he was deprive of his Property with out due process of Law. Plaintiff seeks an immediate injunction to have All camera footage from the Allegheny County Jail on 6E Pod from 12-28-2019 till 1-3-20 encluding all hallway Cameras on 6E from above dates saved and held for further investigation

and evidence in this matter. Plaintiff also seeks to have the U.S. Attorney General Appointed to Prosecute this case As members has aided and abeded and conspired to cover up an attempted homicide by intentionally destroying his all of his legal property to stop further prosecution on other cases by destroying evidence.

Plaintiff seeks damages in 750,000,000 $ million. If All of his legal property is not found.

1). Plaintiff Randall E. Hackett can be found at the Allegheny County Jail 950 2nd Ave. Pgh. Pa. 15219. Plaintiff Randall E. Hackett has Filed numerous Motions and Petitions in State Court See Criminal Docket 2018-02588 including Post Sentencing Motions, he also has a Habeas Corpus Filed in Federal Court see 2:19-7232 and has a 1983 filed with this Federal Court See Hackett V. Wilkinsburg Police Department et al 2:18-1213.

2). All the above cases deals with Hackett being shot multiple times unlawfully by Wilkinsburg Police Officer and has innocences of a crime. Hackett has provided Numerous documents as evidence that shows That officer "John Snyder" was not Present G.P.S. Documents, Dispatch Records, Affidavit From Laurie McKee, Criminal Complaint attach to all motions Complaint all of these Documents as well as all of his legal mail / legal property was lost or destroyed on 12-28-19 or 1-3-2020

3). Defendant Allegheny County Jail can be found at 950 2nd Ave. Pgh. PA. 15219

4). Defendant Orlando Harper is the warden of the Allegheny County Jail (A.C.J) he is responsible for all policies and daily operations of the A.C.J. he can be found at 950 2nd Ave. Pgh. Pa. 15219.

5). Defendant Zetwell is the Deputy Supt. of the Allegheny County Jail he can be found at 950 2nd Ave. Pgh. PA. 15219.

6). Defendant Smith is a Major at the A.C.J. in charge of the R.H.U. he can be found at 950 2nd Ave. Pgh. Pa. 15219.

7). Defendant Brian Joseph is a capt. at the A.C.J. and can be found at 950 2nd Ave. Pgh. Pa. 15219.

8). Defendant Walker is a Capt. at the A.C.J. he can be found at the 950 2nd Ave. Pgh. Pa. 15219

9). Defendant Sarver is a Sgt. at the A.C.J. he can be found at 950 2nd Ave. Pgh. Pa. 15219.

10). Defendant Charles Gross is Correctional Officer (C.O.) at the A.C.J. can be found at 950 2nd Ave. Pgh. PA 15219

11). Defendant Bessilemen is a Correctional Officer who works 6E at the A.C.J. can be found at 950 2nd Ave. Pgh. PA. 15219.

12). Defendant Kelly is a C.O. at the A.C.J. who works in the R.H.U. he can be found at 950 2nd Ave. Pgh. Pa. 15219.

13). Defendant Pania is a C.O. at the A.C.J. who works in the R.H.U. he can be found at 950 2nd Ave. Pgh Pa. 15219.

14). Defendant Caldwell is a C.O. at the A.C.J. he can be found at 950 2nd Ave. Pgh. PA. 15219.

15). Defendant Andrick is a Sgt. at the A.C.J. and works the R.H.U. He can be found at 950 2nd Ave. Pgh. PA. 15219.

16). Defendant Hall is a Sgt. at the A.C.J. can be found at 950 2nd Ave. Pgh. PA. 15219

17) Defendant Savcho is a C.O. at the A.C.J. and works the R.H.U. and can be found at 950 2nd Ave. Pgh. PA 15219

18). Defendant Mike Demis is a C.O. and works at 6E at the A.C.J. he can be found at 950 2nd Ave. Pgh. PA. 15219

19). Defendant Panza is a C.O. that works in the R.H.U he can be found at 950 2nd Ave Pgh Pa. 15219

20) Defendant Lordin is a Sgt. at the A.C.J. he can be found at 950 2nd Ave. Pgh. Pa. 15219.

21) Defendant Allegheny County Police Internal Affairs Dept. can be found at 950 2nd Ave. Pgh. PA. 15219.

22). Defendant Office of the District Attorney can be found at 436 Grant St. Pgh. PA. 15219

23) Defendant Steven Zapola is the head of the office of the D.A. he can be found at 436 Grant St. Pgh. PA. 15219

24). All Defendants name herein is sued in both their official and individual capacities.

25.) All Defendants acted under the color of State while writing this complaint.

## Statement of Facts

26.) On 12-28-2019 while in the A.C.J on 6E 204 cell Plaintiff was told by C.O. Charley Gross to "Pack your shit your going to the whole". Plaintiff Pack all his belongings.

27.) A short time later Sgt. Sarver. and C.O. Kelly came and got Plaintiff from his cell. Sgt. Sarver stated "We had orders from Cant. Joseph to come get you and take you to the whole." Plaintiff was taken to medical then to the whole without any of his Property dispite all of his Property being Pack up and ready to go and Sgt. Sarver stating "I will go back and get all of your property, He Never did.

28.) On 12-29-2019 Sgt. Hall came to 8E 118 cell and "ask about a cain" Plaintiff informed her that he probably left it at medical or (P.E.). Plaintiff asked about his property and was told "Your property is being investigated by internal Affairs." "I.A. has your property."

29.) Plaintiff spoke to Cant. Joseph on the next shift about his property being sent to I.A. Plaintiff was told "From what I'm told your being investigated you have something in your property your Not supposed to. it might be the D.A.s Office from what I'm told. do what you gotta do."

30.) Since Then 12-29-19 up till 1-4-2020 Plaintiff has spoken to Renier. Coldwell. Sancho Sgt. Andresic. Sgt. Landen. Coscorelli. McGuiver, and was told. "I called down "To 6E and Dennis told me your Property is not down there" "Bessilemen said it's not down there" "I will check" "I.A. has your Property" "Your Property was throwth away"

31.) Plaintiff has also submitted a Grievance regarding this situation See Exhibit 1 where 3,000 Pages of legal work is missing.

32.) Plaintiff was given 47 To 87 years sentence for a crime that never happen and that he is innocence of. Once Plaintiff found out that all of his legal property was missing he is afraid. scared. depressed and feels hopeless. Plaintiff hasn't been sleeping. Plaintiff is unable to pursue other legal issues or Provide Exhibits and evidence in other cases. Appeals.

33.) Plaintiffs property being missing or distroyed was the result of inadequate traning/policy or resulted from Defendants A.C.J. orlando Harper. Duperty supt. Zetwel. Major Smith. Cant. Joseph being deliberate indifference thereto. or Alleghenys Countys Internal Affair Police Dept. Office of the D.A. Steve Zappla being deliberate Indifference thereto.

34.) Paragraphs 1 thru 33 are incorporated herein as if fully set forth herein

35.) Plaintiff states All Defendant(s) actions or inactions resulted in him being unable to Present Evidence in court, denied him access to the court and being retaliated upon all in violation of the 1st Amendment

4 of 6

to the U.S. Constitution

36). Paragraphs 1 through 35 are incorporated herein as if fully set forth herein

37) Defendant(s) actions or inaction in losing or destroying his 3,000 pages of legal property or being deliberate indifference thereto through Policies Plaintiff states he is being denied a 6th Amendment Right to a fair trial By Defendants actions.

38). Paragraphs 1 thru 37 are incorporated herein as if fully set forth herein

39). Defendant(s) actions or inactions or being deliberate indifference to losing destroying his legal property or taking his property denied him Due Process of Law under the 5th and 14th Amendments to the United States Constitution.

### Relief

A) Injunction to have all cameras on 6E pod level 6 and 8 and hallway cameras on level 6 and 8 held saved for further investigation in this matter.

B) Compensatory and Punitive Damages in 750,000,000 $

C) Jury trial demanded

D) Attorney General be appointed to prosecute this case

E) All of my Property found and given to me

F) I reserve all other rights at law in this matter

G). Any other relief this court deems just and Right.

1-5-2020